IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | C.R. NO. C-07-096M |
| | § | |
| JESSIE FLORES | § | |

## ORDER

Defendant Jessie Flores has been charged with being a felon in possession of a firearm in violation of 18 U.S.C. § 922.  On February 28, 2007, he was scheduled to have a preliminary hearing and a detention hearing.  He had indicated his desire to hire Ron Barroso to represent him in this case.  Because Mr. Barroso was on vacation, these hearings were rescheduled for March 5, 2007 at 10:00 a.m.  Pending is defendant's motion to substitute counsel.  (D.E. 8).

At the February 28 hearing, however, the Government raised concerns about Mr. Barroso having a conflict of interest in representing defendant.  At the March 5 hearing, this concern was discussed with both defendant and Mr. Barroso present.  During this hearing, Mr. Barroso indicated that out of an abundance of caution, he believed that he should not represent defendant.

Accordingly, defendant's motion to substitute counsel, (D.E. 8) is DENIED as moot. Defendant's preliminary hearing and a detention hearing will be rescheduled for Wednesday, March 7, 2007 at 10:00 a.m. in order to afford him time to hire a new attorney.

ORDERED this 5th day of March 2007.

BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE